**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Renita Fennel Smith <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 13-13637 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed Pass-Through Certificates, Series AMQ 2007-HE2 and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Matteo S. Weiner, Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734