United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-13637-amc
Renita Fennel Smith                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
```
db              +Renita Fennel Smith,   24 Parkview Road,    Cheltenham, PA 19012-1815
13033081        +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13033088         Freedom Credit Union Visa,   P.O. Box 30177,    Tampa, FL 33630-3177
13033089        +Freedom Cu,   626 Jacksonville Rd Ste,   Warminster, PA 18974-4872
13074003        +M&T Bank,   PO BOX 1508,   Buffalo,NY 14240-1508
13033091        +Police And Fire Fcu,   901 Arch St,   Philadelphia, PA 19107-2495
14015343        +Select Portfolio Servicing,   for Wells Fargo Bank, N.A. et al,   c/o MATTEO SAMUEL WEINER,
                  701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13627401        +Wells Fargo Bank, N.A.,   c/o MATTHEW CHRISTIAN WALDT,   Milstead & Associates LLC,
                  1 East Stow Road,   Marlton, NJ 08053-3118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:09:52     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:08:52
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:40     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13096525        +E-mail/Text: bncmail@w-legal.com Jun 09 2018 02:09:28     ANTIO, LLC,
                  C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13033082        +E-mail/Text: electronicbkydocs@nelnet.net Jun 09 2018 02:09:23     Dept Of Education/Neln,
                  121 S 13th St,   Lincoln, NE 68508-1904
13033086         E-mail/Text: mrdiscen@discover.com Jun 09 2018 02:08:24     Discover,   P.O. Box 71084,
                  Charlotte, NC 28272-1084
13045200         E-mail/Text: mrdiscen@discover.com Jun 09 2018 02:08:24     Discover Bank,
                  DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13033087        +E-mail/Text: mrdiscen@discover.com Jun 09 2018 02:08:24     Discover Fin Svcs Llc,
                  Po Box 15316,   Wilmington, DE 19850-5316
13100277         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2018 02:09:32     Jefferson Capital Systems LLC,
                  PO BOX 7999,   SAINT CLOUD MN 56302-9617
13033090         E-mail/Text: camanagement@mtb.com Jun 09 2018 02:08:35     M&T Bank,
                  Lending Services, Customer Support,   P.O. Box 900,   Millsboro, DE 19966
13075137        +E-mail/Text: electronicbkydocs@nelnet.net Jun 09 2018 02:09:23
                  Nelnet on behalf of the U.S. Dept. of ED,   3015 South Parker Road, Suite 400,
                  Aurora, CO 80014-2904
13145479        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 09 2018 02:05:51
                  PYOD, LLC its successors and assigns as assignee,   of Roundup Funding L.L.C.,
                  Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13033093        +E-mail/Text: jennifer.chacon@spservicing.com Jun 09 2018 02:10:35     Select Portfolio Svcin,
                  Po Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13033085*       +Dept Of Education/Neln,   121 S 13th St,   Lincoln, NE 68508-1904
13033083*       +Dept Of Education/Neln,   121 S 13th St,   Lincoln, NE 68508-1904
13033084*       +Dept Of Education/Neln,   121 S 13th St,   Lincoln, NE 68508-1904
13033092*       +Police And Fire Fcu,   901 Arch St,   Philadelphia, PA 19107-2495
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2018                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Jun 08, 2018
                               Form ID: 138NEW            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Renita  Fennel Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed
               Pass-Through Certificates, Series AMQ 2007-HE2 bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent
               for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed Securities
               Corporation Home Equity Loan Trust, Series AMQ 2007- bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed
               Pass-Through Certificates, Series AMQ 2007-HE2 amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed
               Securities Corporation Home Equity Loan Trust, Series AMQ 2007- bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., et. al.
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee,
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf
               of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset
               Backed Pass-Through Certificates, Series AMQ 2007-HE2 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Renita Fennel Smith
    Debtor(s)

Bankruptcy No: 13−13637−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/8/18

44 − 43
Form 138_new