United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Renita Fennel Smith
      Debtor

Case No. 13-13637-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John        Page 1 of 1        Date Rcvd: Jul 16, 2018
                  Form ID: 212      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db             +Renita Fennel Smith,    24 Parkview Road,    Cheltenham, PA 19012-1815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:

      DAVID M. OFFEN    on behalf of Debtor Renita   Fennel Smith dmo160west@gmail.com,
      davidoffenecf@gmail.com
      KEVIN G. MCDONALD   on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent
      for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed Securities
      Corporation Home Equity Loan Trust, Series AMQ 2007- bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD   on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
      Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed
      Pass-Through Certificates, Series AMQ 2007-HE2 bkgroup@kmllawgroup.com
      KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
      Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed
      Pass-Through Certificates, Series AMQ 2007-HE2 amps@manleydeas.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., et. al.
      bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
      agent for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed
      Securities Corporation Home Equity Loan Trust, Series AMQ 2007- bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee,
      mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf
      of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset
      Backed Pass-Through Certificates, Series AMQ 2007-HE2 mwaldt@milsteadlaw.com,
      bkecf@milsteadlaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                     TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                Chapter: 13

      Renita Fennel Smith

Debtor(s)                                                          Case No: 13−13637−amc

_____

*ORDER*

      AND NOW, 7/16/18 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☐ A statement regarding completion of an instructional course concerning
       personal financial management, (Official Form B423) or a request for a waiver
       from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
       (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy
Court