United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 13-13637-amc
Renita Fennel Smith                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2018
                               Form ID: 3180W           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Renita Fennel Smith,    24 Parkview Road,    Cheltenham, PA 19012-1815
13074003       +M&T Bank,    PO BOX 1508,    Buffalo,NY 14240-1508
13033091       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 28 2018 02:00:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 01:59:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2018 01:59:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13096525       +E-mail/Text: bncmail@w-legal.com Jul 28 2018 01:59:47     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13045200        EDI: DISCOVER.COM Jul 28 2018 05:53:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
13033089       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Jul 28 2018 01:59:01     Freedom Cu,
                 626 Jacksonville Rd Ste,    Warminster, PA 18974-4872
13100277        EDI: JEFFERSONCAP.COM Jul 28 2018 05:53:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13075137       +E-mail/Text: electronicbkydocs@nelnet.net Jul 28 2018 01:59:43
                 Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
                 Aurora, CO 80014-2904
13145479       +EDI: RESURGENT.COM Jul 28 2018 05:53:00      PYOD, LLC its successors and assigns as assignee,
                 of Roundup Funding L.L.C.,    Resurgent Capital Services,   PO Box 19008,
                 Greenville, SC 29602-9008
13033093       +E-mail/Text: jennifer.chacon@spservicing.com Jul 28 2018 02:00:46     Select Portfolio Svcin,
                 Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Renita  Fennel Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed
               Pass-Through Certificates, Series AMQ 2007-HE2 bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent
               for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed Securities
               Corporation Home Equity Loan Trust, Series AMQ 2007- bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset Backed
               Pass-Through Certificates, Series AMQ 2007-HE2 amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Asset Backed
               Securities Corporation Home Equity Loan Trust, Series AMQ 2007- bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, N.A., et. al.
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: admin              Page 2 of 2                    Date Rcvd: Jul 27, 2018
                              Form ID: 3180W           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee,
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf
           of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2007-HE2 Asset
           Backed Pass-Through Certificates, Series AMQ 2007-HE2 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Renita Fennel Smith** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8788** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–13637–amc** | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Renita Fennel Smith

<u>7/26/18</u>                                      **By the court:**   <u>Ashely M. Chan</u>
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**